**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **STEVEN GLENN GANDY** | ) | |
| | ) | |
| **v.** | ) | **3:05-CV-344-P** |
| | ) | |
| **DOUGLAS DRETKE, Director,** | ) | |
| **Texas Department of Criminal Justice** | ) | |
| **Correctional Institutions Division** | ) | |

<u>**ORDER**</u>

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.


Signed this 16th day of August 2005.



_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE